UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-229-2-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **NANA Y. ADOMA,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defendant's Motion to Reconsider Order on Defendant's Motion for Transcripts of Government's Closing Argument. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Reconsider Order on Defendant's Motion for Transcripts of Government's Closing Argument (#757) is **GRANTED**. Court Reporter transcripts of the government's closing arguments shall be provided to defendant and defendant's counsel, subject to the previously imposed conditions concerning approvals in a mega case.

Signed: November 27, 2017

Max O. Cogburn Jr.
United States District Judge