FILED
CHARLOTTE, NC

JUN 0 4 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Western District NorthCarolina |
|---|---|
| Name *(under which you were convicted):* Nana Yaw Adoma | Docket or Case No.: 3814-CR-229-MoC-DCK |
| Place of Confinement: USP Hazelton | Prisoner No.: 29726-058 |
| UNITED STATES OF AMERICA     v. | Movant *(include name under which convicted)* Nana Yaw Adoma |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

    U.S. District Court Western District of North Carolina Charlotte Division

    (b) Criminal docket or case number (if you know): 3814-CR-229-Moc-DCK

2. (a) Date of the judgment of conviction (if you know): October 10th, 2017

    (b) Date of sentencing: May 14, 2018

3. Length of sentence: Life (mandatory)

4. Nature of crime (all counts): 18 U.S.C. § 1962, 18 U.S.C. 1959(a)(1), 18 U.S.C. § 924(c)and(J) 18 U.S.C. 1951. Rico Conspiracy, Murder in Aid of Racketeering using a firearm during a crime of violence resulting in death Hobbs Act Robbery, Assault with a dangerous weapon in Aid of Racketeering, using a firearm during and in relation to A crime of violence

5. (a) What was your plea? (Check one)

    (1) Not guilty ☑      (2) Guilty ☐     (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☑    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

Case 3:14-cr-00229-MOC-DCK    Document 1055    Filed 06/04/26    Page 1 of 12

8. Did you appeal from the judgment of conviction?  Yes ☑  No ☐

9. If you did appeal, answer the following:
   (a) Name of court: United States Court of Appeals for the fourth Circuit
   (b) Docket or case number (if you know): _____
   (c) Result: Affirmed _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: _____

      _____
      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised:

_____

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

     Yes ☐     No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court: _____

(2)  Docket of case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised:

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

     Yes ☐     No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:     Yes ☐    No ☐

(2)  Second petition:   Yes ☐    No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

Case 3:14-cr-00229-MOC-DCK    Document 1055    Filed 06/04/26    Page 3 of 12

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Actual Innocence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner contends that he is actually innocent of the RICO conspiracy allegation in count one. He contends that he is actually innocent of the UFCAR conviction in count two. He contends that he is actually innocent of his 924(c) conviction which mandated a stacking of 25 years and that he is actually innocent of the 924(j) mandatory minimum enhancement (sentence) and innocent of the mandatory consecutive sentence imposed on the 924(j) offense. Defendant complains that the jury did not find that he by premeditation, caused the death of another under the law of North Carolina counts 1 and 2. He did not have a prior 924(c) offense conviction which precluded a stacking under the law of 924(c) and that he only was convicted of a 924(j) offense.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Counsel on appeal failed to conduct a sufficient reasonable investigation into the issues and failed to present them

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Ineffective Assistance of Counsel during Critical stages of the Criminal Proceedings

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Movant Complains that his sentencing counsel was Ineffective when he allowed for the court to impose in an illegal manner a consecutive sentence of life for a violation of 924J offense And when he allowed for Defendant to be illegally sentenced to a mandatory Life sentence for 924J violation and for a stacking of 25 years of mandatory minimum for a 924(c) when defendant was Not convicted of a subsecuent 924(c) as the 924J conviction was Not available for a 924(c) offense to be stacked. Movant counsel failed to object at sentencing and failed to conduct A reasonable Investigation Into these sentencing statues And Appellate counsel failed to raise such on Appeal. And failed to seek rehearing/enbanc And Supreme Court review.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

Case 3:14-cr-00229-MOC-DCK    Document 1055    Filed 06/04/26    Page 5 of 12

(2) If you did not raise this issue in your direct appeal, explain why: *Counsel on direct appeal failed to Conduct A reasonable Investigation into these issues And failed to raise.*

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** Fifth Amendment Due Process Infringed

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Movant Complains that he was infringed of his fifth amendment under the Constitution's due Process clause when he was sentenced under incorrect information that was considered by the trial court. The court had incorrect sentencing information before it when it imposed the sentencing of consecutive life which the court was mislead to believe that must it shall impose the 924J sentence mandatory with a life term and that it did not have discretion but to sentence consecutive with life under 924(c)(5). Movant complains also that when the court mistakenly imposed a consecutive 25 years stacking on a 924(c)

(b) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐    No ☒

  (2) If you did not raise this issue in your direct appeal, explain why: Circuit Precedent foreclosed the issue And Appellate Counsel failed to raise the issue And did not conduct a reasonable investigation And failed to seek A timely enbanc And Supreme Court review

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐    No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed:

  _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available):

  _____

  (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐    No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐    No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

   Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:** Defendant Sentence is unconstitutional And the Court didnt have Jurisdiction to Impose the sentence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Movant Complains that his Mandatory Life sentence under 924(j) is unconstitutional And that his sentence under 924(c) As to the 25 years is excessive And unconstitutional As he does not have a Prior a subsequent 924(c) And the court usurp the role of the Jury As the correct sentence on the 924(c) should have been 5 years a 7 years As the stacking Penalty never and should have not been applied At sentencing. The 924(c) 25 year sentence exceeds the congressional mandated sentence of 5 or 7 years As there Are no other 924(c) offenses rather there is A 924(c) Jonly And these Are two different offenses

(b) **Direct Appeal of Ground Four:** Based on Davis a supreme court decision defendants does not have a crime of violence

(1) If you appealed from the judgment of conviction, did you raise this issue? And Pinkerton Instruction...
Yes ☐     No ☑

(2) If you did not raise this issue in your direct appeal, explain why: counsel on Appeal failed to conduct A reasonable investigation into The sentencing statue And did not Present these issues on Appeal. I Also at the time of Appeal circuit Law Precluded such. Counsel on Appeal failed to timely file rehearing And supreme court review.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐     No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Case 3:14-cr-00229-MOC-DCK    Document 1055    Filed 06/04/26    Page 8 of 12

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue:

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:

Grounds one through four have not been Previously Presented
In Some federal court. This is because Counsels were Ineffective
and did NA Conduct a reasonable Investigation, Circuit Precedent
Precluded Such issues based on the binding rulings As related to the
924(J) being a mandatory Consecutive and life mandatory Penalty and
erroneously making 924(c) and (J) applicable to each other And counsel on
Appeal filing rehearing Untimely And failing to Seek Supreme Court
review.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?      Yes ☐      No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

_____

(b) At the arraignment and plea:

Jeremy B. Smith  118 Matthews IndiAN Trail Road, IndiAN Trail, NC 28079

(c) At the trial:

Jeremy B. Smith  118 matthews IndiANA Trail Road IndiAN Trail NC 28079

(d) At sentencing:

Josh Howard  115 1/2 West Morgan Street Raleigh NC 27601  Leslie Rawls: PoBox 37325 Charlotte, NC 28278

(e) On appeal:

Josh Howard 115 1/2 West Morgan Street Raleigh NC 27601

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☑      No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐      No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?      Yes ☐      No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Movant Asserts A Credible Claim of Actual Innocence The Statue of limitations does Not apply As contained in 2255 As Movant has claimed actual innocence And has been very diligent in presenting his now raised claimed grounds to the Governments impediment has also been removed As the Bureau of Prisons has hindered his communications with his attorneys while he was at USP Big Sandy and the smu program at Thompson whereas Movants mail would not be provided to him when counsels would send him legal correspondence And when counsels would try to Arrange Telephonic legal calls And would Not receive the Appropriate assistance from USP Big Sandy And Thompson USP (smu) staff, when Movant was confined At those federal Jails Movant Also did Not have access to his case files As his Trial And Appellate counsels has refused to provide the requested criminal files to him and his counsel Abandoned him during critical stages for instance Trial counsel failed to conduct a reasonable investigation into the North carolina murder statue which precluded A life sentence without a special jury hearing on certain issues And also failed to bring the sentencing errors before the district court As the district court informed counsel he could do, Appellate counsel failed to seek En banc c And Supreme court review.

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

Vacate his sentences and convictions and Appoint Caynsel And Conduct an evidentiary Hearing

or any other relief to which movant may be entitled.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _May 20, 2026_____.
(month, date, year)

Executed (signed) on _May 20, 2026_____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.